**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BILLY RAY O'NEAL,

        Plaintiff,

   v.

COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

_____/

No. C 08-04669 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

      Plaintiff, a state prisoner, filed the present <u>pro se</u> prisoner complaint under 42 U.S.C. § 1983. On May 5, 2009, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable because he was "not at this address."  To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

      Pursuant to Northern District Local Rule 3-11 a party proceeding <u>pro se</u> whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  <u>See</u> L.R. 3-11(a).  The court may, without prejudice, dismiss a complaint when: (1) mail directed to the <u>pro se</u> party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the <u>pro se</u> party indicating a current address.  <u>See</u> L.R. 3-11(b).

      More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable.  The Court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.  The Clerk of the Court shall terminate all pending motions, including Defendants' motion to dismiss (docket no. 10).  Furthermore, the hearing noticed in this matter on Defendants' motion to dismiss for July 21, 2009 at 1:00 PM is hereby VACATED.  The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case.

      IT IS SO ORDERED.

DATED: <u>7/7/09</u>_____

               *Saundra B Armstrong*
               SAUNDRA BROWN ARMSTRONG
               United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BILLY RAY O'NEAL,

        Plaintiff,

    v.

COUNTY OF SAN FRANCISCO et al,

        Defendant.

_____/

Case Number: CV08-04669 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Billy Ray O'Neal 2400843-H1
San Francisco County Jail #2
850 Bryant Street
San Francisco, CA 94103

Dated: July 13, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

P:\PRO-SE\SBA\CR.08\ONeal4669.3-11dismissal.wpd